

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN D. WEBER
phone: 212-788-0957
fax: 212-788-0940
email: stweber@law.nyc.gov

**MEMO ENDORSED**

July 7, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08
```

**BY HAND**
Hon. Richard J. Sullivan
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

>   Re:  Angelo Ortiz, v. Department of Correction of the City of New York, et al.,
>        08 CV 2195 (RJS)

Dear Judge Sullivan:

    I am an Assistant Corporation Counsel who has just been assigned to represent the New York City Department of Correction ("NYC DOC") in the above-referenced case. I am writing to respectfully request an extension of time for the NYC DOC to respond to the Complaint from July 7, 2008, to August 8, 2008. This is the first request for an extension of time in this matter. As Plaintiff *pro se* is an incarcerated inmate, it was not feasible to obtain his prior consent to this request.

    This extension of time is necessary to confer with my client, fully research the allegations in the Complaint, and to prepare a response. Additionally, at this time it is unclear if the individual defendants have been properly served with a copy of the Summons and Complaint in this action. The requested extension of time is necessary in order to attempt to identify the individual defendants and determine if they have been properly served, and if so, to determine if they will be represented by this Office. Additionally, the requested extension of time will allow a uniform response to Plaintiff's Complaint.

Sincerely yours,

Steven D. Weber
Assistant Corporation Counsel

*[Handwritten endorsement:]* Request granted. Defendants shall answer or otherwise respond to the Complaint by August 8, 2008. No further extensions will be granted absent truly compelling circumstances.

SO ORDERED
Dated: 7/8/08
RICHARD J. SULLIVAN
U.S.D.J.

cc:    Angelo Ortiz, Plaintiff (BY MAIL)